IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gordon Mason,<br>　　　　　Plaintiff<br><br>v.<br><br>Creditors Financial Group, LLC,<br>　　　　　Defendant | Docket 3:10-cv-151-<br><br><br><br><br>FILED ELECTRONICALLY |

## Notice of Settlement

Defendant Creditors Financial Group, LLC has accepted Plaintiff's written offer to settle this action. Settlement is expected to be complete within 45 days.

s/ Kenneth W. Pennington
Kenneth W. Pennington
Bar Number PA 68353
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kpecf@bankruptcypa.com