IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Gordon Mason                              :
                                          :
                                          :
       Plaintiff,                         : (Judge Conaboy)
   vs.                                    :
                                          :3:10-CV-151
                                          :
                                          :
Creditors Financial Group, LLC            :
                                          :
       Defendant.                         :

FILED
SCRANTON

FEB 1 6 2010

PER _____ CTL
DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

/s/ Richard P. Conaboy
Richard P. Conaboy
United States District Judge

DATE: February 16, 2010